UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                         Plaintiff,

- against -

EDGAR R. PAGE and
PAGEONE FINANCIAL INC.,

                        Defendants.

No. 1:16-CV-1391 TJM/CFH



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 24 2017
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

## JUDGMENT ENFORCING COMMISSION ORDER

The Plaintiff Securities and Exchange Commission (the "Commission") having applied to the Court for a Judgment pursuant to Section 209(d) of the Investment Advisers Act of 1940 ("Advisers Act"), 15 U.S.C. § 80b-9(d), enforcing compliance by the Defendants Edgar R. Page ("Page") and PageOne Financial Inc. ("PageOne") with a final Commission Order entered against them on May 27, 2016 (the "Commission Order"), which, in part, required Page and PageOne, jointly and severally, to pay disgorgement of $2,761,345 and prejudgment interest of $398,483.24 to the Commission within 30 days from entry of the Commission Order, and Page and PageOne having each executed a Consent to the entry of Judgment, and it appearing to the Court that Judgment should be granted to the Commission and against Page and PageOne, it is therefore:

I.

ORDERED, ADJUDGED, AND DECREED that the Commission Order be and the same is hereby enforced against Page and PageOne.

II.

FURTHER ORDERED, ADJUDGED, AND DECREED that Page and PageOne, jointly and severally, shall pay to the Commission the following amounts:

| Disgorgement | $2,751,345.00 |
|---|---|
| Prejudgment Interest to 7/14/2016 | $398,483.24 |
| Prejudgment Interest from 7/15/2016 to 3/1/2017 | $96,706.76 |
| TOTAL | $3,246,535.00 |

Such payment shall be made in one of the following ways:

(a) By Page and/or PageOne transmitting payment electronically to the Commission, which will provide detailed ACH transfer / Fedwire instructions upon request;

(b) By direct payment from a bank account via pay.gov through the Commission website at http://www.sec.gov/about/offices/ofm.htm; or

(c) By certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and hand-delivered or mailed to:

> Enterprise Services Center
> Accounts Receivable Branch
> HQ Bldg., Room 181, AMZ-341
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

Payments must be accompanied by a cover letter identifying Page and/or PageOne as Defendants in this action, and the name of this Court and the docket number of this action; a copy of the cover letter and check or money order must be sent to John J. Graubard, Securities and Exchange Commission, New York Regional Office, 200 Vesey Street, Room 400, New York, NY 10281-1022. By making such payment Page and PageOne relinquish all legal and equitable right, title, and interest in such funds, and no portion of such funds shall be returned to Page and/or PageOne. Postjudgment interest pursuant to 28 U.S.C. § 1961 shall be due on such amounts. All amounts paid shall be credited first to postjudgment interest and then to disgorgement and prejudgment interest.

III.

FURTHER ORDERED, ADJUDGED, AND AGREED that all proceedings to enforce this Judgment, other that post-judgment discovery as authorized by Rule 69(a) of the Federal Rules of Civil Procedure, shall be stayed for a period of 120 days from the date of the entry of this Judgment. During such time, the Commission, Page, and PageOne shall conduct good faith negotiations, based on Page's and PageOne's financial condition, as to the entry of a further order (a) compromising the amount of this Judgment and/ or (b) directing a payment plan with respect to this Judgment.

IV.

FURTHER ORDERED, ADJUDGED, AND DECREED that following the expiration of the stay provided in Paragraph III above, and subject to any compromise and/ or payment plan negotiated pursuant to that Paragraph, if Page and PageOne do not pay the above amounts the Commission may enforce this Judgment through the remedies available by law to collect the unpaid balance. Such remedies include, but are not limited to civil contempt and/ or other provisions of federal and state law, including New York Civil Practice Law and Rules Article 52.

V.

FURTHER ORDERED, ADJUDGED, AND DECREED that that the Commission shall hold the funds paid by the Respondents (collectively the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

VI.

FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Judgment.

Dated: ~~Albany~~ Binghamton, New York
May 24, 2016

*Thomas J. McAvoy*
UNITED STATES DISTRICT JUDGE